# Order

Michigan Supreme Court
Lansing, Michigan

December 23, 2015

Robert P. Young, Jr.,
Chief Justice

147727(84)

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

DANNY EPPS and JOYCE EPPS,
       Plaintiffs-Appellees/
       Cross-Appellants,

v

                                     SC: 147727
                                     COA: 305731
                                     Wayne CC: 09-018323-NO

4 QUARTERS RESTORATION, L.L.C.,
DENAGLEN CORP., d/b/a MBM CHECK
CASHING, EMERGENCY INSURANCE
SERVICES, and TROY WILLIS,
       Defendants-Appellants/
       Cross-Appellees,
and

AM ADJUSTING & APPRAISALS, L.L.C.,
MICHAEL N. ANDERSON, JR., HOME
OWNERS INSURANCE COMPANY, PAULA
MATHEWS, MAXIMUM RESTORATION,
L.L.C., AUTO OWNERS INSURANCE
COMPANY, CHARLES WILLIS, and
COMERICA BANK,
       Defendants.

_____/

      On order of the Court, the bill of costs and the motion for taxation of costs in the Court of Appeals are DENIED, a public question being involved.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 23, 2015



p1216

                              Clerk